UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.      Case No. 09-20105

D-4 Andrew Terrence Diggins, II,      Honorable Sean F. Cox

    Defendant.

_____/

## ORDER REVOKING BOND
## AND DETAINING DEFENDANT PENDING SENTENCING

Pursuant to 18 U.S.C. § 3143(a)(2), Defendant Andrew Terrence Diggins, having pled guilty to Conspiracy to Distribute 100 Kilograms or more of Marijuana, in violation of 21 U.S.C. § 846 and 841(a)(1), Defendant's bond is hereby REVOKED and Defendant is ORDERED to be DETAINED by the United States Marshal's Service for transfer to the custody of the Bureau of Prisons.

    IT IS SO ORDERED.

        S/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated: February 16, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 16, 2010, by electronic and/or ordinary mail.

        S/Jennifer Hernandez
        Case Manager